# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REGINALD SAMPSON § § § § § § § § § | |
| v. | Civil Action No. 4:20-CV-493 (Judge Mazzant/Judge Nowak) |
| U.S. BANK NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 15, 2021, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. #20) be granted and Plaintiff Reginald Sampson's claims be dismissed with prejudice. Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion for Summary Judgment (Dkt. #20) is **GRANTED**.

**IT IS SO ORDERED**.

SIGNED this 8th day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE